IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01624-WYD--OES

DAVID A. ZIGRAY,

Plaintiff(s),

vs.

NETDELIVERY CORPORATION, a Colorado corporation, et al.,

Defendant(s).

**ORDER OF RECUSAL**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: January 12, 2006

Due to the fact that my daughter is an employee of the law firm Allen & Vellone, attorneys for Defendants in this case, I recuse myself from this case.

Dated at Denver, Colorado, on January 12, 2006.

BY THE COURT:

 s/O. Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge