IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01624-WYD-BNB

DAVID A. ZIGRAY,

Plaintiff,

v.

NETDELIVERY CORP., a Delaware corporation,
IDK ENTERPRISES, INC., a Delaware corporation d/b/a NETdelivery,
COMPLETE SECURITY SOLUTIONS, INC., a Delaware corporation,
PATRON SYSTEMS, INC., a Delaware corporation, and
DANIEL TWING, an individual,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Motion to Strike** [Doc. # 23, filed 2/27/06] (the "Motion"). Defendants seek an order striking Plaintiff's Reply in Support of Subject Matter Jurisdiction [Doc. # 22, filed 2/27/06] (the "Sur-Reply").

On January 6, 2006, the defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion to Dismiss"). The plaintiff filed a response to the Motion to Dismiss on January 27, 2006. The defendants filed a reply in support of the Motion to Dismiss on February 13, 2006. On February 27, 2006, the plaintiff filed the Sur-Relpy.

The local rules of this court provide that there shall be a motion, a response, and a reply. D.C.COLO.LCivR 7.1C. Further briefing is not permitted without leave of court. The plaintiff has not sought leave to file a sur-reply, nor does it appear that further briefing is necessary.

IT IS ORDERED that Defendants' Motion to Strike is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Reply in Support of Subject Matter Jurisdiction is STRICKEN.

Dated March 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge