IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01624-WYD-BNB

DAVID A. ZIGRAY,

Plaintiff,

v.

NETDELIVERY CORP., a Delaware corporation,
IDK ENTERPRISES, INC., a Delaware corporation d/b/a NETdelivery,
COMPLETE SECURITY SOLUTIONS, INC., a Delaware corporation,
PATRON SYSTEMS, INC., a Delaware corporation, and
DANIEL TWING, an individual,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's **Motion for Leave to Ammend** [sic] **Plaintiff's January 27th, 2006 Response to Defendants' January 6th Motion to Dismiss** [Docket #16, filed 1/31/06] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: June 14, 2006